Dan Brecher, (NYSB# DB-5308)
**SCARCINI & HOLLENBECK LLC**
99 Park Avenue, 16th Floor
New York, New York 10016
(212) 286-0747
Facsimile (212) 808-4155
[*Pro Hac Vice* Application to be filed hereafter]

Daniel I. Barness
   SBN 104203, daniel@barnesslaw.com
**BARNESS & BARNESS LLP**
11377 W. Olympic Blvd., 2nd Floor
Los Angeles, CA 90064
Telephone: (310) 235-2463
Facsimile (310) 235-2496

Attorneys for Defendants Optimus Prime Financial, Inc. and ATG Capital Solutions, Inc.

JS-6

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| ATH LEASING INC., an Illinois corporation, CLIFTON PETERSON, an individual, ROBERT VINEYARD, an individual and ROBERT MIDDLETON, an individual,<br><br>                                Plaintiffs,<br><br>           v.<br><br>OPTIMUS PRIME FINANCIAL INC., a California corporation, ATG CAPITAL SOLUTIONS, INC., a California corporation, KING RICHARDS, an individual and MADDOX STONE, an individual,<br><br>                                Defendants. | Case No CV12-01617 DDP (VBKx)<br><br>**ORDER PURSUANT TO STIPULATION REMANDING MATTER TO CALIFORNIA SUPERIOR COURT**<br><br>Date:   [No Hearing Required]<br>Time:<br>Place: |

The parties, pursuant to the "STIPULATION FOR ORDER REMANDING CASE", filed herein, having stipulated to the remand of this matter to the California Superior Court, Los Angeles Central Division(the "State Court", and good cause appearing therefor, it is hereby:

**ORDERED**, that this matter shall be, and is hereby, remanded to the State Court.

Dated: March 23, 2012

UNITED STATES DISTRICT JUDGE